z '22. bk-13703WB



**FILED**

**JUL 06 2022**

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

Certificate Number: 15317-CAC-CC-036658894



15317-CAC-CC-036658894

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>July 4, 2022</u>, at <u>2:02</u> o'clock <u>PM PDT</u>, <u>Ray E Rivera</u> received from <u>Access Counseling, Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Central District of California</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>July 4, 2022</u>          By: <u>/s/Glenn Crisostomo</u>

                              Name: <u>Glenn Crisostomo</u>

                              Title: <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).